**Title:**   Gangbanged  **Network:** BitTorrent
**SHA-1 Hash:** 8F7C963137369F5A874A32E468C1D432DAF0B859  **District:** Maryland

| DOE# | IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|---|
| 1 | 69.255.233.222 | 11/5/2011 1:37 | Potomac | MD | Comcast Cable |
| 2 | 24.126.116.118 | 10/27/2011 1:35 | Rosedale | MD | Comcast Cable |
| 3 | 24.126.83.152 | 11/18/2011 4:40 | Rosedale | MD | Comcast Cable |
| 4 | 68.34.228.209 | 11/12/2011 19:57 | Millersville | MD | Comcast Cable |
| 5 | 68.48.106.212 | 12/8/2011 22:30 | Silver Spring | MD | Comcast Cable |
| 6 | 68.48.216.188 | 10/30/2011 11:05 | Temple Hills | MD | Comcast Cable |
| 7 | 68.49.135.240 | 12/5/2011 10:53 | Thurmont | MD | Comcast Cable |
| 8 | 68.49.58.127 | 12/3/2011 9:45 | Crofton | MD | Comcast Cable |
| 9 | 68.49.80.56 | 12/6/2011 17:34 | Fort Washington | MD | Comcast Cable |
| 10 | 68.50.224.59 | 10/29/2011 15:06 | Havre De Grace | MD | Comcast Cable |
| 11 | 68.50.54.102 | 9/20/2011 22:01 | Silver Spring | MD | Comcast Cable |
| 12 | 68.55.24.23 | 12/8/2011 4:45 | Nottingham | MD | Comcast Cable |
| 13 | 69.137.52.217 | 11/10/2011 3:08 | Gwynn Oak | MD | Comcast Cable |
| 14 | 69.138.77.227 | 10/28/2011 14:48 | Sykesville | MD | Comcast Cable |
| 15 | 69.140.12.29 | 8/26/2011 19:55 | Beltsville | MD | Comcast Cable |
| 16 | 69.143.245.81 | 11/16/2011 1:16 | Beltsville | MD | Comcast Cable |
| 17 | 69.243.60.63 | 11/26/2011 12:31 | Silver Spring | MD | Comcast Cable |
| 18 | 69.255.57.130 | 12/9/2011 5:56 | Annapolis | MD | Comcast Cable |
| 19 | 76.21.167.57 | 12/6/2011 5:59 | Columbia | MD | Comcast Cable |
| 20 | 98.192.221.71 | 10/29/2011 21:51 | Salisbury | MD | Comcast Cable |
| 21 | 108.3.234.208 | 12/3/2011 0:26 | Bel Air | MD | Verizon Internet Services |
| 22 | 173.64.119.191 | 12/3/2011 10:16 | Ellicott City | MD | Verizon Internet Services |

EXHIBIT A

MD17

| DOE# | IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|---|
| 23 | 173.66.185.69 | 12/6/2011 21:49 | Germantown | MD | Verizon Internet Services |
| 24 | 173.69.134.141 | 10/4/2011 2:34 | Crofton | MD | Verizon Internet Services |
| 25 | 173.79.88.85 | 11/21/2011 0:31 | Fort Washington | MD | Verizon Internet Services |
| 26 | 71.178.1.55 | 12/1/2011 4:16 | Lanham | MD | Verizon Internet Services |
| 27 | 71.179.12.230 | 10/23/2011 17:11 | Randallstown | MD | Verizon Internet Services |
| 28 | 71.179.254.46 | 10/1/2011 23:01 | Dundalk | MD | Verizon Internet Services |
| 29 | 71.191.132.101 | 11/27/2011 15:14 | Olney | MD | Verizon Internet Services |
| 30 | 72.81.142.212 | 12/9/2011 6:23 | Owings Mills | MD | Verizon Internet Services |
| 31 | 74.103.20.37 | 12/7/2011 22:17 | Pasadena | MD | Verizon Internet Services |
| 32 | 74.96.192.195 | 10/24/2011 16:40 | Upper Marlboro | MD | Verizon Internet Services |
| 33 | 96.234.161.170 | 11/14/2011 23:56 | Bel Air | MD | Verizon Internet Services |
| 34 | 96.241.171.129 | 10/12/2011 0:04 | Germantown | MD | Verizon Internet Services |
| 35 | 96.241.216.117 | 11/9/2011 13:12 | Silver Spring | MD | Verizon Internet Services |
| 36 | 96.241.216.136 | 8/25/2011 0:39 | Silver Spring | MD | Verizon Internet Services |
| 37 | 96.244.224.236 | 10/29/2011 16:51 | Nottingham | MD | Verizon Internet Services |
| 38 | 96.255.54.161 | 11/8/2011 3:00 | Clinton | MD | Verizon Internet Services |
| 39 | 98.117.60.153 | 11/4/2011 14:41 | Cockeysville | MD | Verizon Internet Services |

EXHIBIT A

MD17