UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO. 8:12-cv-00093-DKC

| | |
|---|---|
| PATRICK COLLINS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-39,<br><br>    Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL <u>WITH PREJUDICE OF DOES 6, 10, 21, 31 AND 34 ONLY</u>** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Does 6, 10, 21, 31 and 34 ("Defendants"). Pursuant to the settlement agreements' terms, Plaintiff hereby voluntary dismisses Defendants from this action <u>with prejudice</u>. John Does, 10, 21, 31 and 34 were assigned the IP Addresses 68.48.216.188, 68.50.224.59, 108.3.234.208, 74.103.20.37 and 96.241.171.129. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants Does 6, 10, 21, 31 and 34 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

          Respectfully Submitted,

          By _/s/ Jon A. Hoppe_____
              Jon A. Hoppe, Esquire #6479
              Maddox, Hoppe, Hoofnagle &
              Hafey, L.L.C.
              1401 Mercantile Lane #105
              Largo, Maryland 20774
              (301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on April 2nd, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                                  */s/ Jon A. Hoppe*
                                                                                  Jon A. Hoppe, Esquire