```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                                    :
PATRICK COLLINS, INC.
                                    :
    v.                              :   Civil Action No. DKC 12-0093
                                    :
DOES 1-39
                                    :
```

**ORDER**

On January 10, 2012, Plaintiff Patrick Collins, Inc., filed this action for copyright infringement against thirty-nine John Doe defendants. (ECF No. 1).[1] Plaintiff owns the copyright to a movie titled *Gangbanged* ("the Work"). The Doe Defendants are alleged illegally to have downloaded and/or uploaded the Work using an internet protocol called BitTorrent. The Doe Defendants are identified in the complaint only by their internet protocol ("IP") addresses.

On January 13, 2012, the court issued an order allowing Plaintiff to serve subpoenas on the internet service providers ("ISPs") listed in an exhibit to the complaint to obtain the "names, current (and permanent) addresses, telephone numbers, e-mail addresses, and Media Access Control addresses" of the Doe

---

[1] Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff has filed a notice to dismiss voluntarily with prejudice Does 6, 10, 21, 23, 31, 34, and 39. (ECF No. 23, 34, 38). Plaintiff voluntarily dismissed Doe 11 without prejudice. (ECF No. 33).

Defendants. (ECF No. 7). Does 14, 19, 20, 22, 29, and 30 have since filed motions to quash the subpoenas, to sever, to dismiss, or for protective orders. (ECF Nos. 9, 13, 14, 16, 17, 25, 36). Plaintiff has opposed the motions. (ECF Nos. 27, 28, 29, 31, 32, 40). None of the Does filed replies.

For the reasons stated in the court's April 27, 2012, Memorandum Opinion in *Third Degree Films, Inc. v. Does 1-108*, No. DKC 11-3007 (ECF No. 40), it is this 7th day of May, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motions filed by Defendants John Doe 14, 19, 20, 22, 29, and 30 (ECF Nos. 9, 13, 14, 16, 17, 25, 36) BE, and the same hereby ARE, GRANTED;

2. With the exception of Doe 1, all Doe Defendants BE, and the same hereby ARE, SEVERED from this action;

3. The claims of Plaintiff Patrick Collins, Inc., against the severed Doe Defendants 2-5, 7-9, 12-20, 22, 24-30, 32, 33, and 35-38 BE, and the same hereby ARE, DISMISSED without prejudice;

4. All subpoenas seeking severed Doe Defendants' personal identifying information BE, and the same hereby ARE, QUASHED;

5. Plaintiff SHALL IMMEDIATELY NOTIFY subpoena recipients that the subpoenas have been quashed and that all Doe Defendants

except Doe 1 have been severed and are not litigants in this case;

   6.   Plaintiff SHALL FILE UNDER SEAL copies of all notices sent to severed Doe Defendants pursuant to paragraph 5 above;

   7.   Moving forward, all documents filed in this action that contain Doe 1's identifying information SHALL BE FILED UNDER SEAL; and

   8.   All other pending motions from severed Doe Defendants BE, and the same hereby ARE, DENIED as moot.

                                          /s/
                                   DEBORAH K. CHASANOW
                                   United States District Judge